**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**June 17, 2005**

**Charles R. Fulbruge III**
**Clerk**

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-30247
_____

ADALBERTO ANDRADE,

Petitioner-Appellant,

versus

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,
JAMES W. ZIGLAR; CHRISTINE G. DAVIS; EDWARD J. MCELROY;
BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT;
UNITED STATES DEPARTMENT OF JUSTICE,

Respondents-Appellees.

---

Appeals from the United States District Court
for the Western District of Louisiana
2:03-CV-1307

---

Before JOLLY, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM:*

The court has reviewed the briefs and pertinent portions
of the record in light of oral argument.  Having done so, we
conclude that the opinion of the district court adopting the
magistrate judge's recommendations to dismiss this appeal should be
AFFIRMED.  See Lee v. Gonzales, __ F.3d __, No. 04-10218, 2005 WL
1274218 (5th Cir. May 31, 2005)

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

**AFFIRMED.**